IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LOWELL EDWARD JACKSON,                                CV. 06-1395-MA

        Petitioner,                                ORDER

  v.

JEAN HILL,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#6) is GRANTED. This proceeding is DISMISSED, without prejudice.  All pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 22__ day of November, 2006.

                                       _/s/  Malcolm F. Marsh_____
                                       Malcolm F. Marsh
                                       United States District Judge

1 -- ORDER